# EXHIBIT A

DEPARTMENT OF HEALTH AND HUMAN SERVICES    Public Health Service

Food and Drug Administration
College Park, MD 20740-38

MAR 2 1 2014

Barry Kriebel
President
Sun-Maid Growers of California
13525 S. Bethel Avenue
Kingsburg, California 93631-9212

REC'D MAR 2 8 2014

Dear Mr. Kriebel:

This letter is in reference to your Sun-Maid® "Vanilla Yogurt Raisins Mini-Snacks" and your Sun-Maid "Vanilla Yogurt Cherries" products, which were recently brought to our attention. We offer the following information concerning the product labels, particularly with regard to the ingredient statement and the statement of identity.

As you may know, the Food and Drug Administration's (FDA's) ingredient labeling regulations are found in Title 21 of the Code of Federal Regulations, section 101.4 (21 CFR 101.4). We note that one of the ingredients in the Sun-Maid "Vanilla Yogurt Raisins Mini-Snacks" product is "nonfat yogurt powder;" however, the sub-components of the "nonfat yogurt powder" are not listed. We note that all ingredients, including the ingredients of multi-component foods must be listed on the product label in accordance with 21 CFR 101.4(b)(2), unless exempt under 21 CFR 101.100. In addition, the word "natural" before the words "California raisins" is not provided for in 21 CFR 101.4.

We also offer comments on the statement of identity of your Sun-Maid "Vanilla Yogurt Raisins Mini-Snacks" and your Sun-Maid "Vanilla Yogurt Cherries" products. The name of each product must accurately describe the basic nature of the food (21 CFR 101.3 and 102.5). As you may know, yogurt and nonfat yogurt are standardized foods in accordance with 21 CFR 131.200 and 21 CFR 131.206, respectively. Therefore, your products must contain the standardized food, yogurt, in order to bear the name "yogurt" in the statement of identity. If the ingredient that you have identified as "yogurt powder" for your Sun-Maid "Vanilla Yogurt Raisins Mini-Snacks" and your Sun-Maid "Vanilla Yogurt Cherries" products is yogurt that has been dried, then we do not object to the inclusion of the term "yogurt" in the statement of identity for each product. However, if there is no ingredient in either product that meets the yogurt or nonfat yogurt standards, then the statement of identity of each product must not contain the term "yogurt" unqualified as a part of the name. Furthermore, in the ingredient statement of each product, the "yogurt powder" is a sub-ingredient of a "yogurt coating" ingredient. Based on this information, an example of a more appropriate statement of identity for each product appears to be "Vanilla Yogurt-Flavored Covered Raisins" and "Vanilla Yogurt-Flavored Coated Covered Cherries."

Page-2- Mr. Barry Kreibel

We hope that you find the information in this letter helpful in ensuring that your Sun-Maid "Vanilla Yogurt Raisins Mini-Snacks" and Sun-Maid "Vanilla Yogurt Cherries" products are accurately labeled. You may wish to visit our website at
http://www.fda.gov/Food/GuidanceRegulation/GuidanceDocumentsRegulatoryInformation/LabelingNutrition/ucm2006828.htm
for additional information on our food labeling regulations.

If you have any questions or if you wish to respond to this letter, please address your response to Ms. Felicia B. Billingslea, Director, Food Labeling and Standards Staff, Center for Food Safety and Applied Nutrition, 5100 Paint Branch Parkway, College Park, MD 20740.

We wish to thank you in advance for your attention to these matters.

Sincerely yours,

Philip Spiller
(Acting) Director
Office of Nutrition, Labeling,
  and Dietary Supplements
Center for Food Safety
  and Applied Nutrition
Food and Drug Administration