# EXHIBIT B

## CLRA Venue Declaration Pursuant to California Civil Code Section 1780(d)

I, Margaret McGarity, declare as follows:

1. I am a Plaintiff in this action and a citizen of the State of California. I have personal knowledge of the facts stated herein and, if called as a witness, I could testify competently thereto.

2. This Class Action Complaint is filed in the proper place of trial because the transaction giving rise to my claims, i.e., my purchase of the products at issue, occurred in this county.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, executed on 2/1/2024 | 9:56 PM EST at La Mesa, California.

DocuSigned by:

*Margaret McGarity*

D432FD202130457...

Margaret McGarity