ANGELA M. SPIVEY (*pro hac vice*)
ANDREW G. PHILLIPS (*pro hac vice*)
JAMIE S. GEORGE (*pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone:  (404) 881-7000
Facsimile:  (404) 881-7777
E-mail:  angela.spivey@alston.com
            andrew.phillips@alston.com
            jamie.george@alston.com

JACOB T. SPAID
MOLLY H. TEAS
**HIGGS FLETCHER & MACK LLP**
401 West A Street, Suite 2600
San Diego, CA 92101
Telephone:  (619) 236-1551
Facsimile:  (619) 696-1410
E-mail:  spaidj@higgslaw.com
            mhteas@higgslaw.com

*Attorneys for Defendant*
*Sun-Maid Growers of California*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARGARET MCGARITY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUN-MAID GROWERS OF CALIFORNIA, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:24-cv-00714-BAS-DEB<br><br>**DEFENDANT SUN-MAID GROWERS OF CALIFORNIA'S NOTICE OF WITHDRAWAL OF DOCUMENT #32**<br><br>Hon. Cynthia Bashant<br>Courtroom:  12B |

TO PLAINTIFF AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to the Court's request, Defendant hereby withdraws Document #32 and will refile the Reply In Support of Motion To Dismiss as a

1  new document.

2

3                                          Respectfully submitted,

4  DATED: March 17, 2025              **HIGGS FLECTHER & MACK LLP**

5                              By:    /s/ Jacob T. Spaid
6                                     Jacob T. Spaid

7                                     *Attorney for Defendant*

8                                     *Sun-Maid Growers of California*

12867226.1