**FARUQI & FARUQI, LLP**
Lisa Omoto (SBN 303830)
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: (424) 256-2884
Email: lomoto@faruqilaw.com

*Attorneys for Plaintiff and the Putative Classes*

ANGELA M. SPIVEY (*pro hac vice*)
(Georgia SBN 672522)
ANDREW G. PHILLIPS (*pro hac vice*)
(Georgia SBN 575627)
JAMIE S. GEORGE (*pro hac vice*)
(Georgia SBN 911331)
**ALSTON & BIRD** LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail: angela.spivey@alston.com
         andrew.phillips@alston.com
         jamie.george@alston.com

*Attorneys for Defendant Sun-Maid Growers of California*

**THE WAND LAW FIRM, PC.**
Aubry Wand (SBN 281207)
100 Oceangate, Suite 1200
Long Beach, CA 90802
Telephone: (310) 590-4503
Email: awand@wandlawfirm.com

MOLLY H. TEAS (SBN 333510)
**HIGGS FLETCHER & MACK LLP**
401 West A Street, Suite 2600
San Diego, California 92101
Telephone: (619) 236-1551
Facsimile: (619) 696-1410
E-mail: mhteas@higgslaw.com

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

MARGARET MCGARITY, on behalf of herself and all others similarly situated,

        Plaintiff,

        v.

SUN-MAID GROWERS OF CALIFORNIA; and DOES 1 through 10, inclusive,

        Defendant.

CASE NO.: 3:24-cv-00714-BAS-DEB

**JOINT RULE 26(f) REPORT**

Date:    October 22, 2025
Time:    2:00 p.m.
Place:   Via Zoom

Plaintiff Margaret McGarity ("Plaintiff") and Defendant Sun-Maid Growers of California ("Defendant") (collectively, "the Parties"), by and through their respective counsel of record, submit this Joint Rule 26(f) Report.

On September 24, 2025, the Parties met and conferred regarding the pertinent issues as set forth in Rule 26 of the Federal Rules of Civil Procedure and the Court's September 3, 2025 Order Setting Scheduling Conference (ECF No. 38).

The Parties' respective positions on these issues are set forth below.

## I. SERVICE

**Joint Position**

Sun-Maid has been served; no other parties need to be served.

## II. AMENDMENT OF PLEADINGS

**Joint Position**

Plaintiff does not currently anticipate filing a Second Amended Complaint, but she reserves the right to do so after completing discovery. The Parties' proposed deadline for Plaintiff to file an amended complaint set forth in the schedule in Paragraph VII.

## III. PROTECTIVE ORDER

**Joint Position**

The Parties are currently drafting a protective order that they will submit to the Court for approval in short order.

## IV. ELECTRONIC DISCOVERY

**Joint Position**

The Parties have reviewed the Checklist for Rule 26(f) Meet and Confer Regarding Electronically Stored Information ("ESI") and are currently discussing whether an ESI protocol would be helpful in this matter.

///

///

///

## V.    **DISCOVERY**

### 1.    Status of Discovery

No discovery has been completed yet and thus there are no known discovery disputes. The Parties intend to promptly commence discovery after holding this meet and confer. Plaintiff served an initial set of discovery on October 3, 2025.

### 2.    Discovery Plan

The Parties address the issues set forth in Rule 26(f)(3) as follows:

A.    The Parties do not see the need to deviate from the timing, form, or requirement for disclosures under Rule 26(a). The Parties have agreed to exchange initial disclosures on or before October 15, 2025.

B.    The Parties do not believe discovery should be conducted in phases or bifurcated. Discovery will concern class certification issues, but there may be some overlap with merits issues. The Parties anticipate completing class certification discovery by September 2026.

From Plaintiff's perspective, key witnesses will include Sun-Maid's corporate officers and agents who have knowledge regarding the alleged false and deceptive advertising and business practices, and third parties with whom Defendant contracts with respect to the Products. Plaintiff intends to serve interrogatories, document requests, and requests for admissions regarding, *inter alia*, Sun-Maid's policies and practices relating to the false advertising at issue. Plaintiff also intends to depose Sun-Maid's corporate representatives regarding these topics, and she will likely notice depositions of fact witnesses identified in Sun-Maid's initial disclosures, discovery responses, and documents. Plaintiff will also likely retain expert consultants and/or witnesses.

Defendant anticipates serving written discovery on and deposing Plaintiff and conducting additional discovery directed at third parties, as appropriate. Defendant anticipates deposing Plaintiff's testifying consultants and or witnesses and retaining its own expert consultants and/or witnesses.

C.    The Parties are currently meeting and conferring with respect to an ESI Protocol, as well as an appropriate Protective Order.

D.    The Parties are not currently aware of any unique issues relating to claims of privilege.

E.    The Parties do not see the need to deviate from the Federal Rules of Civil Procedure, the Local Rules, or this Court's rules regarding discovery.

F.    Other than a Protective Order, the Parties do not currently see the need for the Court to issue any order under Rule 26(c) or under Rule 16(b) and (c).

## VI.    <u>RELATED CASES</u>

**Joint Position**

The Parties are unaware of any related cases.

## VII.    <u>SCHEDULING</u>

**Joint Position**

The Parties jointly propose the following scheduling order. They respectfully submit that good cause exists to extend deadlines slightly beyond the Court's normal practices based on the complexity of the case. Among other things, this case involves a putative nationwide class action, and it will involve considerable fact and expert witness discovery, as well as extensive motions practice.

| Event | Requested Date |
|---|---|
| Last day to Amend Pleadings or Add Parties | 1/30/2026 |
| Close of fact discovery for Plaintiff's Motion for Class Certification | 5/29/2026 |
| Last day to file Plaintiff's Motion for Class Certification and Serve Expert Reports in Support | 6/26/2026 |
| Opposition to class certification and Expert Reports | 9/24/2026 |
| Reply Brief and Expert Reports in Support of Class Certification | 12/23/2026 |

To the extent the Court would like to set additional dates/deadlines, the Parties will be prepared to discuss them at the scheduling conference.

## VIII. <u>TRIAL</u>

**Plaintiff's Position**

Plaintiff requests a jury trial. She currently estimates calling between 8-10 witnesses, although at this juncture, she has not taken discovery, and thus she does not have a firm grasp on the number of trial witnesses. Plaintiff estimates trial will last between 10-12 court days. Although Plaintiff believes the trial can be completed in eight days, because this is a class action that will likely involve expert witnesses from both sides on issues such as liability and damages, it is possible that trial will take longer than eight days.

**Sun-Maid's Position**

Sun-Maid requests a jury trial. Although Sun-Maid believes trial may be able to be completed in less than the 10-12 court days suggested by Plaintiff, at this early juncture, Sun-Maid does not object to Plaintiff's proposed trial length.

## IX. <u>PROFESSIONAL CONDUCT</u>

**Joint Position**

All attorneys listed in the pleadings or motions for any party have reviewed Local Rule 2.1 and agree to abide by the Court's Code of Conduct.

## X. <u>MISCELLANEOUS</u>

The Parties are not presently aware of any other issues that may facilitate the just, speedy, and inexpensive disposition of the matter.

DATED: October 14, 2025        Respectfully submitted,

**THE WAND LAW FIRM, P.C.**

By: /s/ Aubry Wand_____
    Aubry Wand

**FARUQI & FARUQI, LLP**
Lisa T. Omoto

*Attorneys for Plaintiff and the Putative Classes*

DATED: October 14, 2025    Respectfully submitted,

**ALSTON & BIRD LLP**

By: /s/ Andrew G. Phillips
    Angela M. Spivey
    Andrew G. Phillips
    Jamie S. George

**HIGGS FLETCHER & MACK LLP**
Molly H. Teas

*Attorneys for Defendant Sun-Maid Growers of California*

## <u>ATTESTATION OF E-FILED SIGNATURE</u>

I, Aubry Wand, am the ECF User whose ID and password are being used to file the foregoing document. I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 14, 2025          By: <u>/s/ Aubry Wand</u>