**FARUQI & FARUQI, LLP**
Lisa Omoto (SBN 303830)
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: (424) 256-2884
Email: lomoto@faruqilaw.com

**THE WAND LAW FIRM, PC.**
Aubry Wand (SBN 281207)
100 Oceangate, Suite 1200
Long Beach, CA 90802
Telephone: (310) 590-4503
Email: awand@wandlawfirm.com

*Attorneys for Plaintiff and the Putative Classes*

ANGELA M. SPIVEY (*pro hac vice*)
(Georgia SBN 672522)
ANDREW G. PHILLIPS (*pro hac vice*)
(Georgia SBN 575627)
JAMIE S. GEORGE (*pro hac vice*)
(Georgia SBN 911331)
**ALSTON & BIRD** LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail: angela.spivey@alston.com
         andrew.phillips@alston.com
         jamie.george@alston.com

MOLLY H. TEAS (SBN 333510)
**HIGGS FLETCHER & MACK LLP**
401 West A Street, Suite 2600
San Diego, California 92101
Telephone: (619) 236-1551
Facsimile: (619) 696-1410
E-mail: mhteas@higgslaw.com

*Attorneys for Defendant Sun-Maid Growers of California*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET MCGARITY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUN-MAID GROWERS OF CALIFORNIA; and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO.: 3:24-cv-00714-BAS-DEB<br><br>**JOINT MOTION FOR PROTECTIVE ORDER** |

Plaintiff Margaret McGarity ("Plaintiff") and Defendant Sun-Maid Growers of California ("Defendant") (collectively, "the Parties"), by and through their respective counsel of record, submit this Joint Motion for Protective Order.

The Parties anticipate that discovery in this matter will involve the exchange of confidential and proprietary information and that a Protective Order will facilitate the production of this information.

The Parties' proposed Protective Order is attached hereto as Exhibit 1.

A Word version of the Protective Order will be emailed to the Court.

DATED: October 20, 2025              Respectfully submitted,

**THE WAND LAW FIRM, P.C.**

By: /s/ Aubry Wand
    Aubry Wand

**FARUQI & FARUQI, LLP**
Lisa T. Omoto

*Attorneys for Plaintiff and the Putative Classes*

DATED: October 20, 2025              Respectfully submitted,

**ALSTON & BIRD LLP**

By: /s/ Andrew G. Phillips
    Angela M. Spivey
    Andrew G. Phillips
    Jamie S. George

**HIGGS FLETCHER & MACK LLP**
Molly H. Teas

*Attorneys for Defendant Sun-Maid Growers of California*

**ATTESTATION OF E-FILED SIGNATURE**

I, Aubry Wand, am the ECF User whose ID and password are being used to file the foregoing document. I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 20, 2025            By: /s/ Aubry Wand