| | |
|---|---|
| LISA OMOTO (SBN 303830) | AUBRY WAND (SBN 281207) |
| **FARUQI & FARUQI, LLP** | **THE WAND LAW FIRM, PC** |
| 1901 Avenue of the Stars, Suite 1060 | 100 Oceangate, Suite 1200 |
| Los Angeles, CA 90067 | Long Beach, CA 90802 |
| Telephone: (424) 256-2884 | Telephone: (310) 590-4503 |
| Email: lomoto@faruqilaw.com | Email: awand@wandlawfirm.com |

*Attorneys for Plaintiff and the Putative Class*

| | |
|---|---|
| ANGELA M. SPIVEY (*pro hac vice*) | KYLE W. NAGEOTTE (SBN 285599) |
| Georgia SBN 672522 | MOLLY H. TEAS (SBN 333510) |
| ANDREW G. PHILLIPS (*pro hac vice*) | **HIGGS FLETCHER & MACK, LLP** |
| Georgia SBN 575627 | 401 West A Street, Suite 2600 |
| JAMIE S. GEORGE (*pro hac vice*) | San Diego, CA 92101 |
| Georgia SBN 911331 | Telephone: (619) 236-1551 |
| **ALSTON & BIRD, LLP** | Fax: (619) 696-1410 |
| One Atlantic Center | Email: nageottek@higgslaw.com |
| 1201 West Peachtree Street |       mhteas@higgslaw.com |
| Atlanta, GA 30309-3424 | |
| Telephone: (404) 881-7000 | |
| Fax: (404) 881-7777 | |
| Email: angela.spivey@alston.com | |
|     andrew.phillips@alston.com | |
|     jamie.george@alston.com | |

*Attorneys for Defendant Sun-Maid Growers of California*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET MCGARITY, on behalf of herself and all others similarly situated,<br>        Plaintiff,<br><br>v.<br><br>SUN-MAID GROWERS OF CALIFORNIA; and DOES 1 through 10, inclusive,<br>        Defendant. | Case No. 3:24-CV-00714-BAS-DEB<br><br>Assigned to Hon. Cynthia A. Bashant & Hon. Daniel E. Butcher<br><br>**JOINT MOTION FOR CONTINUANCE OF SCHEDULING ORDER DEADLINES**<br><br>*Before the Honorable Daniel E. Butcher*<br><br>Scheduling Conference: Oct. 22, 2025<br>FAC Filed: Oct. 22, 2024<br>Trial Date: None |

1  In accordance with the Hon. Daniel E. Butcher's Chambers Rule VI(C) and Local
2  Civil Rule 16.1, Plaintiff Margaret McGarity, on behalf of herself and all others
3  similarly situated ("Plaintiff"), and Defendant Sun-Maid Growers of California
4  ("Defendant" or "Sun-Maid") (collectively, the "Parties") hereby jointly move to
5  extend the deadlines in this matter previously set by the Court (ECF No. 45). The Parties
6  agree that good cause exists for this modification of the scheduling order.

## STANDARD

8  Under Chambers Rule VI(C) and Local Civil Rule 16.1, a schedule may be
9  modified by the Court upon a showing of "good cause." Good cause is a "non-rigorous
10 standard" that "focuses on the diligence of the party seeking to amend the scheduling
11 order and the reasons for seeking modification." *Schroeder v. City of Vista*, 2023 WL
12 8936343, at *1 (S.D. Cal. Dec. 26, 2023) (citing *Johnson v. Mammoth Recreations, Inc.*,
13 975 F.2d 604, 609 (9th Cir. 1992)).

## DISCUSSION

15 On October 22, 2025, the Court issued a Scheduling Order Regulating Discovery
16 and Class Certification Motion Filing Deadline ("Order"). ECF No. 45. That Order set
17 deadlines for amending pleadings and adding parties, completing discovery related to
18 class certification, and filing a motion for class certification. *Id.* The Parties jointly
19 request that these deadlines be amended. This is the first request for an extension of the
20 Scheduling Order deadlines in this matter.

21 Although each Party has been diligently engaging in discovery, the Parties submit
22 that good cause exists for these amended and extended deadlines for several reasons.
23 First, Sun-Maid's legal department is currently understaffed and rebuilding due to the
24 recent departure of its general counsel. Presently, Sun-Maid has only one in-house
25 attorney, who is a recent law school graduate. Second, Sun-Maid does not have the
26 internal capacity to search for and collect documents needed for discovery, so it will
27 need to engage a third-party discovery vendor for this case. Third, the Parties' proposed
28 discovery schedule incorporates deadlines for the mutual exchange of expert reports

related to class certification, which the Parties respectfully suggest will provide more structure around the class certification discovery and briefing process. Finally, the current discovery period's overlap with major holidays is likely to cause delays and scheduling difficulties, particularly given the need for expert and Rule 30(b)(6) depositions in this case.

The Parties respectfully submit that denial of this request would cause significant hardship, as they will not have sufficient time to comply with the Scheduling Order deadlines despite diligent efforts. Accordingly, there is good cause to modify and extend those deadlines as requested below.

## AMENDED DEADLINES REQUESTED

For the reasons above, the Parties propose the following amended schedule:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Motions to amend pleadings, add parties, or file additional pleadings | 12/8/2025 | 12/8/2025 |
| The Parties' Initial Class Certification Expert Disclosures and Reports Due | N/A | 4/1/2026 |
| The Parties' Rebuttal Class Certification Expert Disclosures and Reports Due | N/A | 5/15/2026 |
| Status Conference & Completion of Class Certification Discovery | 1/23/2026 | 6/26/2026[1] |
| Motion for Class Certification | 2/20/2026 | 7/24/2026 |

---

[1] At the Status Conference, the Parties anticipate jointly seeking a class certification briefing schedule.

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | DATED: October 31, 2025 | **THE WAND LAW FIRM, PC** |
| 3 |  | By: */s/ Aubry Wand* |
| 4 |  | AUBRY WAND |
| 5 |  | **FARUQI & FARUQI, LLP** |
| 6 |  | LISA T. OMOTO |
| 7 |  | *Attorneys for Plaintiff and the Putative Class* |
| 9 | DATED: October 31, 2025 | **ALSTON & BIRD, LLP** |
| 11 |  | By: */s/ Andrew G. Phillips* |
|  |  | ANGELA M. SPIVEY |
| 12 |  | ANDREW G. PHILLIPS |
| 13 |  | JAMIE S. GEORGE |
| 14 | DATED: October 31, 2025 | **HIGGS FLETCHER & MACK, LLP** |
| 15 |  | By: */s/ Molly H. Teas* |
| 16 |  | KYLE W. NAGEOTTE |
| 17 |  | MOLLY H. TEAS |
| 18 |  | *Attorneys for Defendant Sun-Maid Growers Of California* |

1 **SIGNATURE CERTIFICATION**

2     Pursuant to Local Rule 5-1 of the Southern District of California, I hereby

3 certify that the content of this document is acceptable to all persons required to sign

4 this document, and that I have obtained authorization to affix the electronic

5 signatures of Plaintiff to this document.

6 Dated: October 31, 2025          **HIGGS FLETCHER & MACK LLP**

By:    */s/ Molly H. Teas*
      KYLE W. NAGEOTTE
      MOLLY HUMPHREYS TEAS
      Attorneys for Defendant Sun-Maid Growers
      Of California