LISA OMOTO (SBN 303830)
**FARUQI & FARUQI, LLP**
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: (424) 256-2884
Email: lomoto@faruqilaw.com

AUBRY WAND (SBN 281207)
**THE WAND LAW FIRM, PC**
100 Oceangate, Suite 1200
Long Beach, CA 90802
Telephone: (310) 590-4503
Email: awand@wandlawfirm.com

*Attorneys for Plaintiff and the Putative Classes*

ANGELA M. SPIVEY (*pro hac vice*)
Georgia SBN 672522
ANDREW G. PHILLIPS (*pro hac vice*)
Georgia SBN 575627
JAMIE S. GEORGE (*pro hac vice*)
Georgia SBN 911331
**ALSTON & BIRD, LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Fax: (404) 881-7777
Email: angela.spivey@alston.com
       andrew.phillips@alston.com
       jamie.george@alston.com

KYLE W. NAGEOTTE (SBN 285599)
MOLLY H. TEAS (SBN 333510)
**HIGGS FLETCHER & MACK, LLP**
401 West A Street, Suite 2600
San Diego, CA 92101
Telephone: (619) 236-1551
Fax: (619) 696-1410
Email: nageottek@higgslaw.com
       mhteas@higgslaw.com

*Attorneys for Defendant Sun-Maid Growers of California*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MARGARET MCGARITY, on behalf of herself and all others similarly situated,
Plaintiff,

v.

SUN-MAID GROWERS OF CALIFORNIA; and DOES 1 through 10, inclusive,
Defendant.

Case No. 3:24-CV-00714-BAS-DEB

Assigned to Hon. Cynthia A. Bashant & Hon. Daniel E. Butcher

**JOINT MOTION FOR TEMPORARY STAY PENDING MEDIATION**

*Before the Honorable Cynthia A. Bashant*

Scheduling Conference: Oct. 22, 2025
FAC Filed: Oct. 22, 2024
Trial Date: None

1

Plaintiff Margaret McGarity, on behalf of herself and all others similarly situated ("Plaintiff"), and Defendant Sun-Maid Growers of California ("Defendant" or "Sun-Maid") (collectively, the "Parties") respectfully submit this joint motion and request that the Court temporarily stay this matter for ninety days to allow the Parties to mediate this case. In support thereof, the Parties state as follows:

1.      Judge Butcher entered an initial Scheduling Order on October 22, 2025, and granted an extension of class certification deadlines on November 3, 2025. Most recently, at a status conference on February 27, 2026, the Parties advised Judge Butcher of their intent to expeditiously schedule a mediation, and based on the representation, Judge Butcher granted an additional 14-day extension of expert disclosure deadlines to allow the Parties time to file the instant motion to temporarily stay the case pending mediation.

2.      Under the current schedule, the Parties' initial expert disclosures are due on March 16, 2026, and rebuttal expert disclosures are due April 13, 2026. Completion of class discovery is set for May 1, 2026, and the motion for class certification is due May 14, 2026.

3.      The Parties have made diligent efforts throughout the discovery period. To date, Defendant has produced nearly 40,000 documents, and both Parties have subpoenaed and received productions from relevant third parties. The Parties have set tentative dates for key depositions and hired experts to opine on pertinent matters in this case. The experts have begun the process of finalizing their initial reports. Counsel in this matter have routinely engaged in good faith discussions with each other regarding discovery and have resolved several issues without requesting court intervention.

4.      Recently, Defendant hired a new General Counsel, and the decision to mediate this case followed internal discussions with the new General Counsel.

5.      The Parties agree that a 90-day stay for mediation will facilitate a "just, speedy, and inexpensive determination" of this proceeding. Fed. R. Civ. P. 1. The Parties have had the opportunity to exchange and review extensive written discovery

JOINT MOTION FOR TEMPORARY STAY
Case No. 3:24-cv-00714-BAS-DEB

and believe there is a substantial chance that this case can be resolved in mediation without further costly proceedings.

6.     A mediation at this juncture will also allow the Parties to preserve resources related to expert reports, expert discovery, and fact depositions and instead focus on good faith efforts to resolve this matter.  Absent a stay, the Parties will incur significant short-term expenses that may be avoidable if this case can be resolved.

7.     The Parties have selected a mediator, Jill Sperber of Judicate West, and have secured May 4, 2026, as the mediation date. The Parties have already begun to focus their efforts on preparing for this mediation so that they are in best possible position to reach a settlement.

8.     The Parties will file a joint status report no later than May 11, 2026, advising the Court of the outcome of the mediation, and if a settlement is not reached, proposing a new expeditious schedule on the dates for initial expert disclosures, rebuttal expert disclosures, completion of class discovery, and the deadline to file a motion for class certification.

9.     The Parties respectfully suggest that (1) their diligent efforts in conducting discovery to date, (2) mutual willingness to explore resolution through private mediation, (3) the preservation of resources which would inure from a stay, and (4) Defendant's retention of new General Counsel advising the business with regard to this litigation combine to provide both good and extraordinary cause to grant the relief requested. *See, e.g., Stemple v. QC Holdings, Inc.*, No. 12-CV-01997-BAS WVG, 2015 WL 1344906, at *4 (S.D. Cal. Mar. 20, 2015) (finding good cause and granting joint temporary stay of 90 days to allow parties to participate in a mediation session in a class action case) (Bashant, J.).

10.     WHEREFORE, the Parties respectfully request that the Court enter an order temporarily staying the proceedings in this action for ninety days and granting such other and further relief as the Court deems just and proper. A proposed order is being submitted concurrently herewith pursuant to the Court's Civil Standing Order.

DATED: March 3, 2026        Respectfully submitted,

**THE WAND LAW FIRM, PC**

By: */s/ Aubry Wand*
    Aubry Wand

**FARUQI & FARUQI, LLP**
Lisa T. Omoto

*Attorneys for Plaintiff and the Putative Classes*


DATED: March 3, 2026        Respectfully submitted,

**ALSTON & BIRD, LLP**

By: */s/ Angela M. Spivey*
    Angela M. Spivey
    Andrew G. Phillips
    Jamie S. George

**HIGGS FLETCHER & MACK, LLP**
Kyle W. Nageotte
Molly H. Teas

*Attorneys for Defendant Sun-Maid Growers of California*


### ECF ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from signatory Angela M. Spivey.

By: */s/Aubry Wand*

4