# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

MARGARET MCGARITY,

Plaintiff,

v.

SUN-MAID GROWERS OF CALIFORNIA, *et al*.,

Defendants.

Case No. 24-cv-0714-BAS-DEB

**ORDER GRANTING JOINT MOTION TO STAY**
**(ECF No. 51)**

Presently before the Court is a joint motion to temporarily stay proceedings pending mediation. (ECF No. 51.) Good cause appearing, the Court **GRANTS** a 90-day stay effective as of the date of this Order. (*Id.*)

As stated in the joint motion, the parties shall file a joint status report <u>on or before May 11, 2026</u>, apprising the Court of the outcome of the mediation and whether the Court should lift the stay. (*Id.*)

**IT IS SO ORDERED.**

DATED: March 5, 2026

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 1 -

24cv0714