**FARUQI & FARUQI, LLP**
Lisa Omoto (SBN 303830)
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: (424) 256-2884
Email: lomoto@faruqilaw.com

**THE WAND LAW FIRM, PC.**
Aubry Wand (SBN 281207)
100 Oceangate, Suite 1200
Long Beach, CA 90802
Telephone: (310) 590-4503
Email: awand@wandlawfirm.com

*Attorneys for Plaintiff and the Putative Classes*

ANGELA M. SPIVEY (*pro hac vice*)
(Georgia SBN 672522)
ANDREW G. PHILLIPS (*pro hac vice*)
(Georgia SBN 575627)
JAMIE S. GEORGE (*pro hac vice*)
(Georgia SBN 911331)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail: angela.spivey@alston.com
        andrew.phillips@alston.com
        jamie.george@alston.com

MOLLY H. TEAS (SBN 333510)
**HIGGS FLECTCHER & MACK LLP**
401 West A Street, Suite 2600
San Diego, California 92101
Telephone: (619) 236-1551
Facsimile: (619) 696-1410
E-mail: mhteas@higgslaw.com

*Attorneys for Defendant Sun-Maid Growers of California*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

MARGARET MCGARITY, on behalf of herself and all others similarly situated,

            Plaintiff,

    v.

SUN-MAID GROWERS OF CALIFORNIA; and DOES 1 through 10, inclusive,

            Defendant.

CASE NO.: 3:24-cv-00714-BAS-DEB

**JOINT REPORT RE: OUTCOME OF MEDIATION AND MOTION TO EXTEND STAY**

Plaintiff Margaret McGarity ("Plaintiff") and Defendant Sun-Maid Growers of California ("Defendant") (collectively, "the Parties"), by and through their respective counsel of record, submit this Joint Report Re: Outcome of Mediation and Motion to Extend Stay.

On May 4, 2026, the Parties participated in a mediation session with Jill Sperber, at the conclusion which, the Parties reached a settlement. The Parties are currently in the process of drafting and executing a written settlement agreement.

The stay issued by the Court is set to expire on June 3, 2026. ECF No. 52. Based on the settlement that the Parties are in the process of finalizing, they respectfully move the Court extend the stay by an additional 21 days, or until June 24, 2026. Good cause exists for this brief extension because the Parties' settlement will resolve this matter in its entirety, and Plaintiff anticipates filing a dismissal of this action pursuant to the terms of settlement prior to June 24, 2026.

DATED: May 8, 2026     Respectfully submitted,

**FARUQI & FARUQI, LLP**

By: */s/ Lisa T. Omoto*
  Lisa T. Omoto

**THE WAND LAW FIRM, P.C.**
Aubry Wand

*Attorneys for Plaintiff and the Class*

DATED: May 8, 2026     Respectfully submitted,

**ALSTON & BIRD LLP**

By: */s/ Andrew G. Phillips*
  Angela M. Spivey
  Andrew G. Phillips
  Jamie S. George

-1-

JOINT REPORT RE: OUTCOME OF MEDIATION AND MOTION TO EXTEND STAY

**HIGGS FLECTCHER & MACK LLP**
Molly H. Teas

*Attorneys for Defendant Sun-Maid Growers of California*

## ECF ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from signatory Andrew G. Phillips.

By: */s/ Lisa T. Omoto*

JOINT REPORT RE: OUTCOME OF MEDIATION AND MOTION TO EXTEND STAY