**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARGARET MCGARITY,<br><br>                              Plaintiff,<br><br>     v.<br><br>SUN-MAID GROWERS OF CALIFORNIA, *et al*.,<br><br>                              Defendants. | Case No. 24-cv-0714-BAS-DEB<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND THE STAY (ECF No. 53)** |

Presently before the Court is a joint status report, advising that the parties reached a settlement in mediation and requesting an extension of the stay. (ECF No. 53.) The parties are currently in the process of drafting and executing a written settlement agreement. (*Id*.) And Plaintiff anticipates filing a dismissal of this action pursuant to the terms of settlement prior to June 24, 2026. (*Id*.) Upon review, the Court **GRANTS** a 21-day extension of the stay. (*Id*.) The stay shall now be lifted on June 24, 2026.

**IT IS SO ORDERED.**

**DATED: May 11, 2026**

Hon. Cynthia Bashant, Chief Judge
United States District Court

- 1 -

24cv0714