ANGELA M. SPIVEY (*pro hac vice*) (Georgia SBN 672522)
ANDREW G. PHILLIPS (*pro hac vice*) (Georgia SBN 575627)
JAMIE S. GEORGE (*pro hac vice*) (Georgia SBN 911331)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA  30309-3424
Telephone:  (404) 881-7000
Facsimile:   (404) 881-7777
E-mail:    angela.spivey@alston.com
           andrew.phillips@alston.com
           jamie.george@alston.com

KYLE W. NAGEOTTE (SBN 285599)
MOLLY H. TEAS (SBN 333510)
**HIGGS FLECTCHER & MACK LLP**
401 West A Street, Suite 2600
San Diego, California 92101
Telephone:  (619) 236-1551
Facsimile:   (619) 696-1410
E-mail:  nageottek@higgslaw.com
         mhteas@higgslaw.com

Attorneys for Defendant
*Sun-Maid Growers of California*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET MCGARITY, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>        v.<br><br>SUN-MAID GROWERS OF CALIFORNIA;<br><br>                Defendant. | Case No.:  3:24-cv-00714-BAS-DEB<br><br>**DEFENDANT'S NOTICE OF CHANGE IN HANDLING ATTORNEY AND DISASSOCIATION OF COUNSEL**<br><br>Judge:        Hon. Cynthia A. Bashant<br>Ctrm:        12B<br>Compl. Filed:  March 18, 2024 |

13673141.1

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that, effective immediately, attorney **Molly Humphreys Tea**s is disassociating from the law firm of Higgs Fletcher & Mack LLP, counsel of record for Defendant, Sun-Maid Growers of California, and will no longer be an attorney for Defendant on this case.

Attorney Kyle W. Nageotte of Higgs Fletcher & Mack LLP will continue to be counsel for Defendant.

DATED:  May 26, 2026                    **HIGGS FLETCHER & MACK LLP**


    */s/ Kyle W. Nageotte*
KYLE W. NAGEOTTE
MOLLY HUMPHREYS TEAS
Attorney for Defendant
Sun-Maid Growers of California

13673141.1                                   1